# COURT OF ERRORS AND APPEALS.

---

HENRY A. MOORE, EXECUTOR, &c., OF RESCARRICK MOORE, DECEASED, APPELLANT, AND JULIA SMITH, RESPONDENT.

1. Though there be no express evidence of the delivery of an ante-nuptial agreement, and though it was in the possession of the husband after the marriage, its delivery will be presumed if its due execution be proved and it appear that it was recognized by the husband.

2. If an executor receive the effects of his testator and does not apply them in due course of administration, his estate is liable, and his executor may be called upon in equity to pay the legacies in due course of administration of the assets which came to his hands.

This case is reported in 3 *Green's Ch. R.* 485.

*S. R. Hamilton* and *P. D. Vroom*, for the appellant. They cited 3 *Kent's Com.* 521, 524, 528, 529; 2 *Ibid.* 444; *Dickens* 563; 6 *Simons* 40; 5 *Ves.* 654; 7 *Ibid.* 558; 9 *Ibid.* 107; 2 *Swanst.* 288; 7 *John. Chan.* 269.

*W. Halsted*, for the respondent.

The decree of the Chancellor was unanimously affirmed.